<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1239

JAMES EDWARD SEAWRIGHT,

Plaintiff - Appellant,

versus

GREENVILLE COUNTY,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CA-03-1669-HMH-03)

Submitted:  March 30, 2007                 Decided:  June 14, 2007

Before WILKINSON, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Edward Seawright, Appellant Pro Se.  Charles Edgar McDonald, III, Jeffrey Parker Dunlaevy, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Seawright appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendant in this action alleging wrongful termination in violation of both South Carolina law and Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Seawright v. Greenville Co.</u>, No. CA-03-1669-HMH-03 (D.S.C. Jan. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>